State of New York, Country of New York )

# CERTIFICATE OF SERVICE

      I, Jennifer Oltarsh, an attorney duly admitted to practice before the courts of the state of New York, hereby confirm under the penalty of perjury that I served a copy of the within Mandamus complaint by personal service on the US attorney and by regular mail by depositing same in a post paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, to the Department of Homeland Security:

DHS
1300 Pennsylvania Ave NW
Washington, DC 20229

District Director
USCIS
26 Federal Plaza
New York, NY 10278

on this 19th day of October, 2007

And by causing the same to be personally served on

U.S. Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007

on this 19th day of October, 2007

New York, NY
October    , 2007

_____
Jennifer Oltarsh