UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
BORIS ASHMAN,

                Plaintiff,

    v.

DEPARTMENT OF HOMELAND SECURITY,
et al.

               Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 Civ. 9414 (DAB)

<u>NOTICE OF APPEARANCE</u>

TO:    Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
           November 1, 2007

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                    By:    /s/_____
                          LI YU
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          Telephone: (212) 637-2734
                          Facsimile: (212) 637-2686
                          Email: li.yu@usdoj.gov

To:    Jennifer Oltarsh, Esq.
          Oltarsh & Associates, P.C.
          494 Eight Avenue, Suite 1704
          New York, NY 10001