ORIGINAL
BATTSS,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LI YU
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2734
Fax: (212) 637-2686

DEC 5 '07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
BORIS ASHMAN (A # 071 068 181),                         :
                                                        :
                        Plaintiff,                      :
                                                        :    07 Civ. 9414 (DAB)
            v.                                          :
                                                        :    STIPULATION OF
DEPARTMENT OF HOMELAND SECURITY,                        :    VOLUNTARY DISMISSAL
the U.S. CITIZENSHIP AND IMMIGRATION                    :
SERVICES, and THE FEDERAL BUREAU OF                     :
INVESTIGATION,                                          :
                                                        :
                        Defendants.                     :
--------------------------------------------------------x

WHEREAS, on or about February 14, 2004, plaintiff Boris Ashman (A # 071 068 181)

("plaintiff"), submitted an application for naturalization (the "Naturalization Application") to the

United States Immigration and Naturalization Service (the "INS");

WHEREAS, on or about October 17, 2007, plaintiff filed the above-captioned action (the

"Complaint") against defendants the United States Department of Homeland Security, the United

States Citizenship and Immigration Service (the "USCIS"), and the Federal Bureau of

Investigation, seeking a writ of mandamus ordering the USCIS to adjudicate plaintiff's

Naturalization Application promptly;

WHEREAS, on or about November 19, 2007, the United States Citizenship and

Immigration Service (the "USCIS") approved plaintiff's Naturalization Application; and

WHEREAS, Plaintiff is scheduled to take the oath of naturalization at an oath ceremony held on Friday, November 30, 2007, and to receive a Certificate of Naturalization on that date;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and the defendants as follows:

    1.    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Complaint is voluntarily dismissed with prejudice and without costs or fees to any party.

    2.    Plaintiff and the defendants understand and agree that this Stipulation of Voluntary Dismissal contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
    November 00, 2007

By: _____

Jennifer Maude Oltarsh
Oltarsh & Associates, P.C.
494 Eighth Avenue, Suite 1704
New York, NY 10001
*Counsel for Plaintiff*

Dated: New York, New York
    November 20, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____

LI YU
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2734
Facsimile No. (212) 637-2686

SO ORDERED:

Deborah A. Batts
U.S.D.J. 12/17/07

2